### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| PATRICK J. SHELOW | : | NO. 10-0037 |

### ORDER RE: MOTION IN LIMINE
### TO ADMIT EVIDENCE UNDER FED. R. EVID. 404(B)

AND NOW, this 8ᵗʰ  day of December, 2011, upon consideration of the Government's

Motion in Limine to Admit Evidence Under Fed. R. Evid. 404(b), and Defendant Patrick

Shelow's response thereto, and for the reasons set forth in the accompanying Memorandum of

Law, it is hereby ORDERED that the motion is GRANTED.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

A:\10-37.order..wpd