IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

        v.                              :      CRIMINAL NO. 10-0037

PATRICK J. SHELOW               :

### O R D E R

AND NOW, this 12th day of June, 2014, it is hereby

**ORDERED**

that the government's motion to dismiss the petition under 28 U.S.C. § 2255 filed by the defendant is hereby granted, as the defendant waived in his plea agreement the right to present any collateral challenge to his conviction and sentence, and has not alleged any miscarriage of justice sufficient to overcome that waiver. See United States v. Khattak, 273 F.3d 557 (3d Cir. 2001).

BY THE COURT:

_____
The Honorable Michael M. Baylson
United States District Judge